1018

[No. 199-2.    Division Two.    November 30, 1971.]

BENNETT VENEER FACTORS, INC., *Appellant*, v. JOHN BREWER
*et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 165084, William L. Brown, Jr., J., entered January 12, 1970. *Affirmed* by unpublished opinion pursuant to
RCW 2.06.040.

[No. 262-3.    Division Three.    December 1, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY HILL,
*Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 15802, Lloyd L. Wiehl, J., entered June 26,
1970. *Affirmed* by unpublished opinion pursuant to RCW
2.06.040.

[No. 783-1.    Division One—Panel 1.    December 6, 1971.]

EDWARD G. CAMPBELL, *Appellant*, v. GARY E. BAFFARO *et al.,*
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 694322, Charles R. Denney, J., entered June 19,
1970. *Affirmed* by unpublished opinion pursuant to RCW
2.06.040.

[No. 809-1.    Division One—Panel 1.    December 6, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE THOMAS,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 53675, Frank Howard, J., entered September
30, 1970. *Affirmed* by unpublished opinion pursuant to
RCW 2.06.040.